USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-5-08

JAN 28 2008

Egbert C. Grant
269 East 4th Street
Apt 2B2
New York, NY. 10009

January 23rd, 2008

Attn: Judge Crotty
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 230
New York, New York 10007

Re: Docket No. 07 Civ 9656 (PAC)

Dear Sir:

I am humbly requesting an extension of time to respond in opposition to the dismissal of my petition.

I am awaiting all necessary paper-work from my lawyer, in order to effectively prepare my argument to refute the decision to dismiss the habeas corpus.

I thank you kindly for your time and consideration.

Sincerely,

Egbert C. Grant

PETITIONER'S TIME TO RESPOND TO THE MOTION IS EXTENDED TO 2-28-08

**SO ORDERED**

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
2-1-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Egbert Charles Grant_

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

07 Civ. 9656 (PAC) (___)

- against -

_Debra Keyser, Superintendent_
_Altona Correctional Facility_

**AFFIRMATION OF SERVICE**

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

I, _Egbert C. Grant_ (name), declare under penalty of perjury that I have served a copy of the attached _the attached letter_ (document you are serving) upon _Marissa Kay Gould (MG)(6733)_ (name of person served) whose address is _Bronx County 198 East 161 Street, Bronx New York 10451_ (where you served document) by _By Mail_ (how you served document: For example - personal delivery, mail, overnight express, etc.).

Dated: _New York_, _NY_
(town/city)   (state)

_January 24_, 200_8_
(month)  (day)  (year)

_Egbert C. Grant_
Signature

_269 East 4th Street_
Address

_New York, New York_
City, State

_10009_
Zip Code

_(212) 260-9825_
Telephone Number

Rev. 05/2007