```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-7-08
```

FEB 27 2008

FEB 27 2008

RECEIVED FEB 26 2008 PRO SE OFFICE

Egbert C. Grant
269 East 4th Street
Apt 282
New York, NY 10009

Attn: Judge Crotty
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 230
New York, New York 10007.

Re: Docket # 07 Civ 9656 (PAC)

Dear Sir:

I did not received my paper-work in a timely fashion in-order to effectively prepare my argument in opposition to the dismissal of my habeas corpus petition.

I am humbly requesting an extension of time to effectuate my motion to refute the decision to dismiss my petition.

I would appreciate if you would be generous enough to alot me 45 days for me to prepare my argument.

I thank you kindly for your time and consideration in advance.

Sincerely,
Egbert C. Grant

PETITIONER'S TIME TO SUBMIT OPPOSITION PAPERS IS EXTENDED TO 4-20-08

SO ORDERED
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
3-6-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Egbert Charles Grant
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

07 Civ. 9656 (PAC) (___)

- against -

Debra Kaiser, Superintendant
Altona Correctional Facility

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Egbert C. Grant ,declare under penalty of perjury that I have
*(name)*

served a copy of the attached    the attached letter
                                 *(document you are serving)*

upon Marissa Kay Gould (MKG) (6733)    whose address is Bronx County
    *(name of person served)*

198 East 161 Street, Bronx New York 10451
*(where you served document)*

by    By Mail
    *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: New York , N.Y.
       *(town/city)  (state)*

February 26, 2008
*(month)  (day)  (year)*

Signature: Egbert C. Grant

Address: 269 East 4th Street

City, State: New York, New York

Zip Code: 10009

Telephone Number: 212 260-9825

*Rev. 05/2007*