<u>ENDORSEMENT</u>
<u>Egbert C. Grant v. Supt. Mrs. Debra Kaiser</u>
07 Civ. 9656 (PAC)(HBP)

Petitioner's application for an extension of time to respond to respondent's motion to dismiss is granted. Petitioner is directed to serve and file his response no later than May 23, 2008.

I note that this is the third extension petitioner has been granted to respond to the motion to dismiss. Further extensions will not be granted except on a showing of extraordinary circumstances.

Dated:  New York, New York
        April 23, 2008

SO ORDERED

/s/ Henry Pitman
HENRY PITMAN
United States Magistrate Judge

Copies mailed to:

Mr. Egbert C. Grant
Apt. 2A
269 East 4th Street
New York, New York  10009

Marissa K. Gould, Esq.
Assistant District Attorney
Bronx County
198 East 161st Street
Bronx, New York  10451

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08